Slip Op. 12 - 43

# *UNITED STATES COURT OF INTERNATIONAL TRADE*

|  |  |  |
|---|---|---|
| | : | |
| DIAMOND SAWBLADES | : | |
| MANUFACTURERS COALITION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Before: R. Kenton Musgrave, Senior Judge |
| | : | Court No. 09-00110 |
| UNITED STATES, | : | |
| | : | |
| Defendant, | : | |
| | : | |

## JUDGMENT

Upon consideration of Plaintiff Diamond Sawblades Manufacturers Coalition's final itemization of fees and costs awarded under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, pursuant to slip opinion 12-12, 816 F. Supp. 2d 1342 (Jan. 26, 2012), and upon others papers and proceedings, it is hereby:

**ORDERED** that Defendant pay Plaintiff a total of $73,213.97 within 60 days.

/s/  R. Kenton Musgrave
R.  Kenton Musgrave, Senior Judge

Dated:  March 27, 2012
New York, New York